# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

RICHARD W. HAMILTON,

         Plaintiff,

    v.

NANCY A. BERRYHILL, Acting
Commissioner of Social Security,

         Defendant.

Case No. ED CV 17-00798 AG (AFM)

**ORDER ACCEPTING FINDINGS
AND RECOMMENDATIONS OF
UNITED STATES MAGISTRATE
JUDGE**

     This matter came before the Court on the Report and Recommendation of the Magistrate Judge to whom the case was referred.  No objections to the Report have been filed herein.  The Court accepts the findings and recommendations of the Magistrate Judge.

DATED:  April 29, 2018

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE