Shanny J. Lee, Calif. Bar No. 213599
LAW OFFICES OF HARRY J. BINDER
AND CHARLES E. BINDER, P.C.
60 East 42nd Street Suite 520
New York, NY 10165
Phone (212) 677-6801
Fax   (646) 273-2196
Email:  fedcourt@binderlawfirm.com

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD HAMILTON, <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, <br><br> Defendant. | No.: 5:17-cv-00798-AG-AFM <br><br> **ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, PURSUANT TO 28 U.S.C. § 2412(d), AND COSTS, PURSUANT TO 28 U.S.C. § 1920** |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act (EAJA) Fees and Costs, IT IS ORDERED that Plaintiff shall be awarded attorney fees under the EAJA in the amount of SIX THOUSAND DOLLARS ($6,000.00), and costs under 28 U.S.C. § 1920, in the amount of FOUR HUNDRED DOLLARS ($400.00), subject to the terms of the above-referenced Stipulation, to include the United States Department of the Treasury's

//

//

1

Offset Program pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).  Any payment shall be delivered to Plaintiff's counsel.

Dated: May 30, 2018

                                  Andrew J. Guilford
                                  United States District Judge